1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARCOS ESTES,
Booking #24722637,

Plaintiff,

vs.

COUNTY OF SAN DIEGO, KELLY
MARTINEZ, OFFICER LOPEZ,
MULTIPLE UNKNOW DEPUTIES,
PALOMAR COLLEGE POLICE
DEPARTMENT

Defendants.

Case No.:  3:24-cv-1190-RSH-SBC

**ORDER DISMISSING ACTION**

On July 10, 2024, Marcos Estes ("Plaintiff"), a detainee proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983, alleging Defendants violated his constitutional rights when they detained and/or took him into custody on three different occasions. *See* ECF No. 1. On November 22, 2024, the Court entered an Order granting Plaintiff's IFP application but dismissed the Complaint without prejudice and with leave to amend. *See* ECF No. 3. On the same day, the Court mailed the Order to the two addresses Plaintiff listed in his Complaint. *See* ECF No. 1 at 8. The Court gave Plaintiff until January 6, 2025 to file an amended complaint that cured the pleading deficiencies identified in the dismissal order and also cautioned Plaintiff that a failure to respond by filing an amended

complaint would result in the Court entering a final order of dismissal of this action. *See* ECF No. 3 at 12–13.

The time for Plaintiff to respond to the Court's Order has passed and the Court has received no communication from Plaintiff. "The failure of the plaintiff eventually to respond to the court's ultimatum–either by amending the complaint or by indicating to the court that [he] will not do so–is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (the Court has discretion to *sua sponte* dismiss a case for lack of prosecution or failure to comply with a court order).

Therefore, the Court **DISMISSES** this civil action in its entirety based on Plaintiff's failure to state a plausible § 1983 claim and his failure to amend his pleading. The Court **DIRECTS** the Clerk to enter a final judgment of dismissal and close the case.

**IT IS SO ORDERED.**

Dated: January 23, 2025

Hon. Robert S. Huie
United States District Judge